# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT OF FORFEITURE IN A CIVIL CASE

**United States of America**

    vs.                    **CASE NUMBER: 5:09-CV-505 (NAM)**

**One 2000 Jeep Grand Cherokee Laredo, New York License Plate # DUL-1126, VIN #1J4GW48S9YC271475**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That all claims with regard to the defendant 2000 Jeep Grand Cherokee, are hereby barred and foreclosed forever, all right title and interest to the defendant property is forfeited to the United States of America for disposition in accordance with law. The United States Marshal Service shall dispose of the defendant property. The costs of this action are to be born by the United States of America.

All of the above pursuant to the order of the Honorable Judge Norman A. Mordue, dated the 15th day of July, 2009.

DATED: July 16, 2009

                                                                Clerk of Court

                                                                Joanne Bleskoski
                                                                Deputy Clerk